■ EAST SHORE RARE COINS, INC., Appellant, v ROYAL INSURANCE COMPANY OF AMERICA, Respondent. [623 NYS2d 134] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Lockman, J.), dated September 1, 1993.

Ordered that the order is affirmed, with costs, for reasons

stated by Justice Lockman at the Supreme Court. Mangano, P. J., O'Brien, Pizzuto and Florio, JJ., concur.